IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01623–CMA–KMT

GARY WOODROW FLANDERS,

    Plaintiff,

v.

REBECCA SNYDER BROMLEY, Colorado Fourth Judicial District Judge, in her individual capacity,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff filed his "First Amended Civil Rights Complaint Pursuant to 42 USC § 1983" (Doc. No. 21) on September 9, 2009.  Accordingly, "Defendant's Motion to Dismiss" (Doc. No. 7, filed August 3, 2009) is DENIED as moot, as it is directed at a non-operative complaint.

Dated: September 10, 2009