IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01623–CMA–KMT

GARY WOODROW FLANDERS,

    Plaintiff,

v.

REBECCA SNYDER BROMLEY, Colorado Fourth Judicial District Judge, in her individual and official capacity, and
THE STATE OF COLORADO,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Motion for Court to Take Judicial Notice of Adjudicative Facts Pursuant to Fed. R. Evid. Rule 201(d)" (#30, filed October 22, 2009) is **DENIED**. The court may take judicial notice of a fact not subject to reasonable dispute that is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201. Plaintiff has failed to persuade the court that the information he requests this court judicially notice is not subject to reasonable dispute.

Plaintiff also failed to confer with Defendants before filing the present motion. The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997). The court reminds Plaintiff of the duty to confer and cautions that future motions filed without conferring may be stricken.

Additionally, "Defendants' Motion for Extension of Time to File Reply Brief" (#31, filed October 23, 2009) is **GRANTED**. Defendants shall file their Reply in support of the Motion to Dismiss no later than November 6, 2009.

Dated: October 29, 2009